IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10CR146 |
| --- | --- |
| Plaintiff, | 8:10CR425 |
| vs. | ORDER |
| RICHARD COSTANZO, | |
| Defendant. | |

This matter is before the court on defendant's motion for return of property, Fling No. 66, in 8:10CR425, and motion for return of property, Filing No. 324 in 8:10CR146. The government has responded in both cases, Filing Nos. 67 and 68 in 8:10CR425, and Filing Nos. 326 and 327 in 8:10CR146, delineating those items it believes should and should not be returned to the defendant.

The court will give the defendant 21 days from the date of this order to file any objections he has to the government's responses in these two cases.

THEREFORE, IT IS ORDERED that defendant shall file his objections to the government's responses to the motion for return of property within 21 days of the date of this order.

Date: August 17, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge