IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD COSTANZO,

        Defendant.

8:10CR146
8:10CR425

**ORDER**

This matter is before the court on defendant's Motion to Order Government to Serve Its Response and Extension to Then Reply, Fling No. 330, in 8:10CR425, and Filing No. 330 in 8:10CR146. The pro se defendant indicates that he did not receive by U.S. Mail the government's Response filed on August 15, 2012. Accordingly,

IT IS ORDERED:

1. The Clerk's Office shall mail a copy of the government's Response, Fling No. 326 in 8:10CR425 and Filing 326 in 8:10CR146, to the defendant at his address on the docket sheet.

2. The defendant shall file his objections/reply to the government's Response to the Motion for Return of Property within 21 days of the date of this order.

Date: August 27, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge